UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Brian J. Cristofono,<br><br>Debtor. | Case No. BKY 20-40994<br>Chapter 7 Case<br>Chief Judge Michael E. Ridgway |
| Aneta Lennartson and Top Law, PLLC,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>Brian J. Cristofono,<br><br>Defendant-Respondent. | **Civil No. 21-CV-0013 (PJS)**<br>(Adv. Proceeding No. 20-04094-MER)<br><br>**NOTICE OF APPEAL<br>TO THE UNITED STATES COURT OF<br>APPEALS FOR THE EIGHTH CIRCUIT** |

In accordance with Rule 6 of the Federal Rules of Appellate Procedure, Plaintiffs-Appellants Aneta Lennartson and Top Law, PLLC appeal to the United States Court of Appeals for the Eighth Circuit from the Order, ECF No. 14, entered March 30, 2021, and final Judgment, ECF No. 15, entered March 31, 2021, of the United States District Court for the District of Minnesota denying the request of Plaintiffs-Appellants for an extension of time and dismissing their appeal, taken from the Bankruptcy Court, pursuant to Rule 8018(a)(4) of the Federal Rules of Bankruptcy Procedure.

Dated: April 29, 2021

Respectfully submitted,

**COBB CHAUCER PLLC**

s/ Jeremy J. Cobb
Jeremy J. Cobb (#316441)
400 South Fourth Street, Suite 401-232
Minneapolis, Minnesota 55415
(763) 516-6231
jjcobb@umich.edu

*Counsel for Plaintiffs-Appellants*

1